

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LEWIS PARKER, <br><br> Defendant. | Case No. 5:19-CR-00065-VAP-5 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(1); <br> 18 U.S.C. § 3183(e)(3)] |

I.

On June 19, 2019, Defendant Michael Lewis Parker ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 5:19-CR-00065-VAP-5. The Court appointed Deputy Federal Public Defender ("DFPD") Georgina Wakefield to represent Defendant.

///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(1) and 18 U.S.C. § 3183(e)(3), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☐ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- No bail resources;
- Refusal to interview with Pretrial Services;
- Background unknown;
- Three prior revocations of supervised release;
- Admitted absconding from prior supervision.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Extensive criminal history dating back to 1989, including 36 arrests and multiple convictions;
- Admitted and demonstrable substance abuse history;
- Nature of charged offense.

///
///
///
///
///

III.

IT THEREFORE IS ORDERED that Defendant be detained pending further proceedings.

Dated: June 19, 2019

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE